**Herbert COCHRAN v. STATE.**
No. 16588.

Court of Criminal Appeals of Texas.
Jan. 3, 1934.

See also 67 S.W.(2d) 313.

Dave Watson, of San Antonio, and J. F. Taulbee, of Georgetown, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**R. E. DAVIS v. STATE.**
No. 16540.

Court of Criminal Appeals of Texas.
Jan. 3, 1934.

Fred Harris, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

The conviction is for aggravated assault; penalty assessed at confinement in the county jail for a period of ninety days.

We find in the record an affidavit made by the appellant asking that he be permitted to withdraw his appeal. The request is granted, and the appeal is dismissed.

**Minnie Lee CARTER v. STATE.**
No. 16562.

Court of Criminal Appeals of Texas.
Jan. 3, 1934.

W. E. Pinkston, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

The conviction is for misdemeanor theft; punishment assessed at confinement in the county jail for 180 days.

Appellant has filed her affidavit with this court advising that she does not further desire to prosecute the appeal, and upon her request the appeal is dismissed.